## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD A. FORTE                                                                                         PLAINTIFF

v.                                          NO. 4:15CV00479 JLH

PORTFOLIO RECOVERY ASSOCIATES, LLC                                              DEFENDANT

## ORDER

Plaintiff's motion to dismiss is GRANTED. Document #16. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 5th day of November, 2015.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE